**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEROME ALLEN BARGO**                                   **PETITIONER**
        **v.**             **Civil No. 06-5158**
**LARRY B. NORRIS, Director,**
**Arkansas Department of Correction**                **RESPONDENT**

### O R D E R

NOW on this 29th day of November, 2006, comes on for consideration the Magistrate Judge's Report and Recommendation (document #5), filed on October 27, 2006, and The Petitioner's Written Objections to the Magistrate Judge's Report and Recommendation (document #6), filed on November 2, 2006, and the Court, being well and sufficiently advised, finds that petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Report And Recommendation of the Magistrate Judge is adopted in toto. Accordingly, the Court hereby adopts the Report and Recommendation and the instant petition is dismissed with prejudice as barred by the statute of limitations provided for in the Antiterrorism and Effective Death Penalty Act of 1996.

IT IS SO ORDERED.

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**